# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA



Emma Martin
Plaintiff

*15 46*
*#4*
*Motion for IFP*

vs.

Case No. *2:23-CV-1311*

Highmark Health Insurance Co Mark Thompson Deceased 09/22/2022.
Defendant(s)

**RECEIVED**

JUL 21 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## EMPLOYMENT DISCRIMINATION COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

Emma Martin
12864 Biscayne Blvd #117
North Miami, Florida 33181
Miami Dade County
786-426-8704

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

Highmark Health Insurance Co Mark Thompson
Deceased 09/22/2022
120 Fifth Ave Suite 410
Pittsburg PA  15222

### JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3. This employment discrimination lawsuit is based on (check only those that apply):

   a. X Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.

NOTE: *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the appropriate administrative agency.*

    b. <u>X</u> Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the appropriate administrative agency.*

    c. American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the appropriate administrative agency.*

    d. Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate administrative agency.*

    e. Other (please describe)

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

5. When did the discrimination occur? Please give the date or time period:

    04/01/2021

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

    a. <u>X</u> Yes   Date filed: 12/18/2022

    b. No

7. Have you received a Notice of Right to Sue Letter?

    a. <u>X</u> Yes   If yes, please attach a copy of the letter to this complaint.

    b. No

NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

   a. Failure to hire me

   b. X Termination of my employment

   c. Failure to promote me

   d. Failure to accommodate my disability

   e. Terms and conditions of employment differ from those of similar employees

   f. X Retaliation

   g. X Harassment

   h. Other conduct (please specify):

   i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

      X Yes

      No

9. I believe that I was discriminated against because of my (check all that apply):

   a. X Race

   b. Religion

   c. National origin

   d. X Color

   e. X Gender

   f. Disability

   g. X Age (my birth year is: 09/12/1962 )

   h. Other conduct (please specify):

10. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

X Yes

No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 11. Please write each allegation of discrimination in a separately numbered paragraph.

11. I began work on 02/01/2021, as a Sr. Stop Loss Analyst. My issues began in April 2021, during a conference call with approximately twenty-five employees Mark Thompson (Manager) claimed that management was coming down on him, claiming that new people (me) were outperforming the veteran employees.2. I was then a target by Mr. Thompson because it made him look incompetent as a manager is a white middle-aged male, and I am an African American woman 60 years of age. I was doing well for three months and excelled with my audits. As a result, harassment, bullying, and racial issues started. I was having panic and anxiety attacks, migraine headaches.3. I took medical leave in March of 2022, and I returned on May 24, 2022. I was fired on 06/22/22. The trainer would demonstrate how to do something correctly, and the auditor would review my work and falsify information on audits to make it look like I was incompetent.

12. They told me that I was fired due to a financial error over $500,000 but it was not brought to my attention when I was employed. Terminated on 06/22/22, and Mark Thompson died on09/22/22. I was evicted, car reposed, homeless, and still homeless and unemployed one year later. No one wants to hire a 61-year-old African American female with a master's degree.5. Emma Lee Martin, to the President of the company on 06/22/02022his is not a disgruntled employee. I was terminated on 06/22/2022 based on being targeted and bullied. I have never been reprimanded or terminated from any organization. I am an African American woman. I have a master's degree and am two semesters from obtaining my doctoral degree. I worked my way through college with no parents and finished while homeless obtaining my doctoral degree. It is with sadness and not a reflection on you. This is the worse job I ever had because of how management treated me.

13. Thompson fabricated things and assassinated my credentials and character. She did nothing. She did not meet with Mark and me to come to a resolution. I find it very disturbing that I spoke with Nicole Calloway today 06/22/2022 via telephone. I sent her an email requesting a meeting with Kristen Baker and Mark Thompson. She advises that she forward my concerns to Kristen Baker in an email to meet with Mark Thompson due to her last day of employment will be07/01/2022.7. I did not start having problems until I was outperforming the other employees, and upper management was putting pressure on Mark Thompson to bring the veteran staff up to speed. I have been in leadership positions. It has been very humiliating to dumb down my credentials and character while being in this position. I am not trying to get my job back. I want you to get an understanding of what type of people you have as a brand of your organization.

14. Nicole Calloway did not send Kristen Baker an email for me to meet with Mark Thompson when he returned from vacation. She would not have been on the Zoom call with me, April Blake and Christina Crivello human resources said nothing the entire time nor did Nicole Calloway. April Blake became a supervisor in October of 2021, she was a stop-loss analyst. I am just presenting the facts that I find very disturbing. If she did, it was under pretense. Mr. Holmberg, I could go public, and the negative publicity would put you and your organization under a microscope. That's not in my DNA to get revenge. Leadership needs to be more firsthand with what is going on within their organization.

**REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

15. You cannot put a price on pain and suffering. I brought all of these issues that occurred to upper management and nothing was done to resolve it. I have never been fired or reprimanded on any job. I was evicted, car reposed, and hospitalized twice for doing the job that I was hired to do. I am still homeless no one is going to hire an African American woman 61 years of age with a master's degree. Someone needs to be held accountable for what was done to me.

I am also seeking the following amount in monetary compensation: 100 Million Dollars

The Plaintiff wants a trial by jury.

Date 07/13/2023          Signature of Plaintiff ___Emma Martin___  *Emma Martin*

Mailing Address:
Emma Martin
12864 Biscayne Blvd #117
North Miami, Florida 33181