# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMA MARTIN, ) | |
| ) | |
| Plaintiff, ) | 2:23-cv-01311 |
| ) | |
| v. ) | |
| ) | |
| HIGHMARK HEALTH INSURANCE Co, ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING CASE WITH PREJUDICE

For the reasons set forth in the Court's Opinion of this date, Defendant's Motion to Dismiss (ECF No. 44) is GRANTED. Plaintiff's claims and this action are DISMISSED with prejudice. The Clerk shall close the case on the docket.

s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

Dated: April 4, 2024

1